**COMMONWEALTH EDISON
COMPANY, Plaintiff–
Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 00–5069.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 16, 2001.

Robert A. Mangrum, Winston & Strawn, of Washington, DC, for plaintiff-appellant. Of counsel was Eric J. Marcotte.

James G. Bruen, Jr., Special Litigation Counsel, Commercial Litigation Branch, Civil Division, Department of Justice, of Washington, DC, for defendant-appellee. Of counsel were Stuart E. Schiffer, Acting Assistant Attorney General; J. Christopher Kohn, Director; Sandra P. Spooner, Deputy Director; and Theodore R. Carter, III, Margaret M. Newell, and Matthew J. Troy, Trial Attorneys.

Jerry Stouck, Spriggs & Hollingsworth, of Washington, DC, for amicus curiae Main Yankee Atomic Power Company. Of coun-

sel were Rebecca A. Womeldorf, and Michael R. Miner.

Melvin C. Garbow, Arnold & Porter, of Washington, DC, for amicus curiae Sacramento Minicipal Utility District. Of counsel were Howard N. Cayne, Kent A. Yalowitz, and Edward H. Sisson.

Before MAYER, Chief Judge, NEWMAN, MICHEL, LOURIE, CLEVENGER, RADER, SCHALL, BRYSON, GAJARSA, LINN, and DYK, Circuit Judges.

## ORDER

IT IS ORDERED THAT:

(1) This appeal, scheduled for oral argument on Wednesday, October 3, 2001, shall be heard in Courtroom 201 at 10:00 a.m.

(2) Counsel for each side shall have 30 minutes to argue their case.

(3) Counsel shall provide the clerk with the names of the arguing attorneys no later than September 10, 2001.